**Marina AUSTIN, Plaintiff-Appellant,**

v.

**Christopher ORMAN; Michael Lessmeier, Defendants-Appellees.**

**No. 16-35269**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 [*]

Filed August 16, 2017

Marina Austin, Pro Se

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM [**]

Marina Austin appeals pro se from the district court's judgment dismissing her 42 U.S.C. § 1983 action alleging constitutional violations arising from injuries sustained while riding on a bus. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed the action because Austin failed to allege facts sufficient to show that defendants Orman and Lessmeier personally partici-

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

pated in the alleged rights deprivation. *See Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002) (liability under § 1983 requires personal participation by the defendant).

All pending motions and requests are denied.

**AFFIRMED.**